UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**RAVAYON JOHNSON ET AL**          **CIVIL ACTION NO. 23-cv-1629**

**VERSUS**                          **JUDGE TERRY A. DOUGHTY**

**KEATY REAL ESTATE PROPERTY       MAG. JUDGE CAROL B. WHITEHURST
MANAGEMENT L L C**

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 38] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 39] filed by Plaintiffs Ravayon Johnson, Charles Dominick and Curtis Breaux (collectively "Plaintiffs"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Keaty Real Estate Management LLC's ("Defendant") Motion for Sanctions [Doc. No. 27] is **GRANTED IN PART and DENIED IN PART.** The Motion is **GRANTED** to the extent Defendant moves for sanctions under Rule 11. The Motion is **DENIED WITHOUT PREJUDICE** insofar as Defendant seeks a monetary award of sanctions.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel is admonished and instructed to exercise diligence in drafting and filing pleadings and complying with the orders of this Court. Pleadings shall comply with Rule 11 and with any orders from this Court, and be timely filed.

**MONROE, LOUISIANA**, this the 23rd day of September 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**