UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RAVAYON JOHNSON ET AL** | **CIVIL ACTION NO. 23-cv-1629** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KEATY REAL ESTATE PROPERTY MANAGEMENT L L C** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**AMENDED JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 37] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 39] filed by Plaintiffs Ravayon Johnson, Charles Dominick and Curtis Breaux (collectively "Plaintiffs"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Amended Complaint, or Alternatively, Summary Judgment, and Motion to Strike [Doc. No. 25] filed by Defendant Keaty Real Estate Property Management, LLC ("Defendant") is **GRANTED,** and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 15th day of October 2024.

_____
Terry A. Doughty
United States District Judge