UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RAVAYON JOHNSON ET AL** | **CIVIL ACTION NO. 23-cv-1629** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KEATY REAL ESTATE PROPERTY MANAGEMENT L L C** | **MAG. JUDGE CAROL B. WHITEHURST** |

## AMENDED JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 38] previously filed herein, having thoroughly reviewed the record, and noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Keaty Real Estate Management LLC's ("Defendant") Motion for Sanctions [Doc. No. 27] is **GRANTED IN PART** and **DENIED IN PART.** The Motion is **GRANTED** to the extent Defendant moves for sanctions under Rule 11.  The Motion is **DENIED WITHOUT PREJUDICE** insofar as Defendant seeks a monetary award of sanctions.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel is admonished and instructed to exercise diligence in drafting and filing pleadings and complying with the orders of this Court. Pleadings shall comply with Rule 11 and with any orders from this Court and be timely filed.

**MONROE, LOUISIANA**, this the 15th day of October 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE